**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MILLARD WAYNE BAKER, JR., | No. 1:24-cv-01442 JLT BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION |
| v. | |
| SHIRELY, *et al.*, | (Doc. 13) |
| Defendants. | |

Millard Wayne Baker, Jr. is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On May 5, 2026, the magistrate judge screened the first amended complaint and issued findings and recommendations recommending Plaintiff's claims arising under federal law be dismissed with prejudice for failure to state a cognizable claim upon which relief may be granted and the Court decline to exercise supplemental jurisdiction over the claims arising under state law and those claims be dismissed without prejudice. (Doc. 13.) The Court served the findings and recommendations on Plaintiff and informed him that any objections were due in 14 days. (*Id.*) The Court also warned that failure to file timely objections may result in the waiver of the "right to challenge the magistrate's factual findings" on appeal. (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834 838-39 (9th Cir 2014).) Plaintiff did not file objections and the time in which to do so has expired.

1

According to 28 U.S.C. § 636 (b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The findings and recommendations issued on May 5, 2026, (Doc. 13), are **ADOPTED**.

2. Plaintiff's claims arising under federal law are **DISMISSED** with prejudice for failure to state a cognizable claim upon which relief may granted.

3. The Court **DECLINES** to exercise supplemental jurisdiction over the claims arising under state law and those claims are **DISMISSED** without prejudice.

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **May 29, 2026**

UNITED STATES DISTRICT JUDGE

2